

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2018

No. 04-18-00216-CV

**IN RE STEPHENS INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                   Marialyn Barnard, Justice
                   Irene Rios, Justice

On April 4, 2018, relator filed a petition for writ of mandamus, an unopposed emergency motion to stay, and an unopposed motion to submit mandamus documents under seal. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court **no later than April 23, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's unopposed request to submit the 140 documents that are the subject of this mandamus proceeding under seal for possible *in camera* review by this court is GRANTED.

Relator's unopposed request for a stay is GRANTED. The trial court's March 14, 2018 Order on Plaintiffs' Motion to Compel Discovery from Stephens Inc. is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on April 5, 2018.

**PER CURIAM**

ATTESTED TO: _____
                   Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-05787, styled *James E. Bennet, Jr., et al. v. Roy J. Moore, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the The Honorable Angelica Jimenez presiding.